UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>IVO BECHTIGER, et al.,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>20 Cr. 497 (GHW) |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Jeremy H. Temkin, and the exhibits attached thereto, defendant Daniel Wälchli, through his undersigned counsel, respectfully moves this Court before the Honorable Gregory H. Woods, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Indictment or, in the alternative, for various pretrial relief.

Dated: September 30, 2022
      New York, New York

                         MORVILLO, ABRAMOWITZ
                        GRAND, IASON & ANELLO, P.C.

                        By: /s/ *Jeremy H. Temkin*
                              Jeremy H. Temkin
                              Richard F. Albert
                              Daniel P. Gordon
                              Katherine J. Drooyan
                              565 Fifth Avenue
                              New York, NY 10017
                              (212) 856-9600 (telephone)
                              (212) 856-9494 (facsimile)

                        *Attorneys for Defendant Daniel Wälchli*